```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WARFIELD PHILADELPHIA L.P.      :      CRIMINAL ACTION
                                :
     v.                         :
                                :
NAT'L PASSENGER R.R. CORP.,     :      NO. 09-1002
et al.                          :
```

ORDER

AND NOW, this 20th day of November, 2009, upon consideration of the motion to dismiss of U.S. Equities Realty, Inc. ("USER") (docket entry # 18), the motion to dismiss of National Passenger Railroad Corp. ("Amtrak") (docket entry # 19), the plaintiff's response to both motions (docket entry # 20), Amtrak's reply brief (docket entry # 24), and USER's reply brief (docket entry # 26), and in accordance with the accompanying Memorandum, it is hereby ORDERED that:

       1.   USER's motion to dismiss Count IV is GRANTED AS UNOPPOSED as to USER;

       2.   Amtrak's motion to dismiss Count V is GRANTED AS UNOPPOSED;

       3.   USER's motion to dismiss the remaining claim against it (docket entry # 18) is GRANTED;

       4.   Amtrak's motion to dismiss the remaining claims against it (docket entry # 19) is GRANTED;

5. All of the claims in the first amended complaint are DISMISSED; and

6. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:


\_\_\s\Stewart Dalzell